**JOHN L. BURRIS Esq., SBN 69888**
**BENJAMIN NISENBAUM, Esq., SBN 222173**
**JAMES COOK Esq., SBN 300212**
**BURRIS NISENBAUM CURRY & LACY, LLP**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (844) 273-6873
John.Burris@johnburrislaw.com
Ben.Nisenbaum@bncllaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff,
MARCUS RUELAS, TRACY DAVIS,
FERNANDO RUELAS

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS RUELAS; TRACY DAVIS, FERNANDO RUELAS<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, a municipal corporation; and DOES 1-50, inclusive, individually, jointly, and severally,<br><br>Defendants. | CASE NO.: 5:25-cv-01425-NC<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

The parties hereby stipulate and request that the instant matter of *Ruelas v County of Santa Clara* 5:25-cv-01425-NC be dismissed in its entirety, with prejudice, with Plaintiff and Defendants each bearing their own attorneys' fees and costs till this point.

Respectfully submitted,

Dated: June 27, 2025                **BURRIS NISENBAUM CURRY & LACY, LLP**

/s/ *James Cook*
John L. Burris
Benjamin Nisenbaum
James Cook
Attorneys for Plaintiff

Dated: March 18, 2025

Respectfully submitted,
TONY LOPRESTI
COUNTY COUNSEL

By: /s/ *Nicole Pifari*
NICOLE PIFARI
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA CLARA

## **ORDER**

Pursuant to the stipulation of the parties, and with good cause appearing, IT IS HEREBY ORDERED that the instant matter be DISMISSED WITH PREJUDICE, with Plaintiffs and Defendants each bearing their own attorneys' fees and costs till this point.

IT IS SO ORDERED,

DATED: June 27, 2025

_____
Honorable N
United States

.

GRANTED
Judge Nathanael M. Cousins